UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LONI NICOLE GRANGER, CASEY MICHAEL GRANGER, <br><br> Plaintiffs, <br><br> v. <br><br> LAUREN KING, JAMAL WHITEHEAD, <br><br> Defendants. | CASE NO. 25-cv-00997-JHC <br><br> ORDER |

    This matter comes before the Court sua sponte.  Plaintiffs' proposed complaint names two judges in this District as Defendants and sues them in their individual capacity for actions taken in their judicial capacity.  Dkt. # 1-1.  Judges that are sued in their personal capacity for decisions made in their judicial capacity are generally afforded absolute judicial immunity.  *Forrester v. White,* 484 U.S. 219, 225–26 (1988).  Judicial immunity applies "however erroneous the act may have been, and however injurious in its consequences it may have proved to the plaintiff."  *Cleavinger v. Saxner,* 474 U.S. 193, 199–200 (1985) (quoting *Bradley v. Fisher,* 80 U.S. 335, 347 (1871)).

ORDER - 1

Accordingly, the Court ORDERS Plaintiffs to SHOW CAUSE within seven (7) days of the date of this order why this action should not be dismissed with prejudice due to judicial immunity. *See Ashelman v. Pope*, 793 F.2d 1072, 1078 (9th Cir. 1986) (affirming denial of motion to amend in suit against judge where pro se plaintiff made no allegation that judge's ultimate actions were not judicial).

Dated this 28th day of May, 2025.

John H. Chun
United States District Judge

ORDER - 2